AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Eli Lilly and Company <br><br> *Plaintiff(s)* <br> v. <br> Ed Partners, LLC d/b/a Cleveland Health Group <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-1035 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ed Partners, LLC d/b/a Cleveland Health Group
6571 Brecksville Road
Independence, Ohio 44131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
Tel. (216) 348-5400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 06/20/2024

s/Andrew P. Rivera
*Signature of Clerk or Deputy Clerk*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:24-cv-1035

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Ed Partners, LLC
on *(date)* 06/26/2024.

☐ I served the subpoena by delivering a copy to the named person as follows: Registered Agent: Registered Agent, Inc. located at 6545 Market Avenue NOrth, Suite 100, North Canton, Ohio 44721; documents left with receptionist on *(date)* 06/26/2024 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00 .

My fees are $ 0.00 for travel and $ 100.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 6/26/24

*Server's signature*

CALVIN E. HILDRETH – OWNER
*Printed name and title*

240 97H STREET NE, BARBERTON, OHIO 44203
*Server's address*

Additional information regarding attempted service, etc.:
No issues